The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHSAN MOHAMMAD KHAN,<br><br>        Plaintiff,<br><br>        v.<br><br>KIRSTJEN NIELSON, Secretary, Department of Homeland Security., et. al.,<br><br>        Defendants. | No. C18-1130-TSZ<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION

WHEREAS Plaintiff filed a Complaint in the Nature of Mandamus on August 1, 2018, seeking to compel Defendants to adjudicate Plaintiff's I-130 Petitions for Alien Relatives filed on behalf of his three adopted children. Dkt. No. 1.

WHEREAS Defendants have since issued Approval Notices for all three I-130 applications and the applications were sent to and received by the National Visa Center to allow processing overseas.

WHEREAS the parties agree that Plaintiff's complaint is moot and should be dismissed without fees or costs to either party.

ORDER OF DISMISSAL - 1
(C18-1130-TSZ)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint in the Nature of Mandamus is DISMISSED without prejudice and without fees or costs to either party.

SO STIPULATED.
DATED this 10th day of December, 2018.

ANNETTE L. HAYES
United States Attorney


 /s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for Defendants


SO STIPULATED.
DATED this 10th day of December, 2018.


/s Bart Klein
BART KLEIN WSBA#1090
605 1st Street, Seattle, WA  98104
Telephone No. (206) 624-3787
Attorney for Plaintiff

JOINT STIPULATION AND
ORDER OF DISMISSAL - 2
(C18-1130-TSZ)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington  98101-1271**
**(206) 553-7970**

## **ORDER**

IT IS SO ORDERED. Plaintiff's Complaint in the Nature of Mandamus is DISMISSED without prejudice and without fees or costs to either party.

DATED this 17th day of December, 2018.

_____
Thomas S. Zilly
United States District Judge

JOINT STIPULATION AND
ORDER OF DISMISSAL - 3
(C18-1130-TSZ)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970